# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY STOKES, on behalf of himself and all others similarly situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>INTERLINE BRANDS, INC., CLEANSOURCE, INC., and Does 1 through 50, inclusive,<br><br>  Defendants. | CASE NO. 3:12-cv-05527-JSW<br><br>**[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

46628153.1

**[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**

1  **[PROPOSED] ORDER**

3     Having reviewed and considered the parties' Stipulation to Continue Initial Case
4 Management Conference, and good cause appearing for the same,

6     IT IS HEREBY ORDERED that the Initial Case Management Conference set for March
7 29, 2013 shall be and hereby is continued to April 12, 2013 at 1:30 p.m. The parties shall file a
8 Joint Initial Case Management Conference Statement no later than April 5, 2013.

10     IT IS SO ORDERED.

11 Dated: March 20, 2013          *Jeffrey S. White*
12         HONORABLE JEFFREY S. WHITE
13         UNITED STATES DISTRICT JUDGE

46628153.1

**[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**