1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| CORY STOKES, on behalf of himself and all others similarly situated, | CASE NO. 3:12-cv-05527-JSW |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| vs. | |
| INTERLINE BRANDS, INC., CLEANSOURCE, INC., and Does 1 through 50, inclusive, | |
| Defendants. | |

46628153.1

**[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**

**[PROPOSED] ORDER**

Having reviewed and considered the parties' Stipulation to Continue Initial Case Management Conference, and good cause appearing for the same,

IT IS HEREBY ORDERED that the Initial Case Management Conference set for March 29, 2013 shall be and hereby is continued to April 12, 2013 at 1:30 p.m. The parties shall file a Joint Initial Case Management Conference Statement no later than April 5, 2013.

IT IS SO ORDERED.

Dated: March 20, 2013 _____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

46628153.1

**[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**