**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                                UNITED STATES DISTRICT COURT
9                              NORTHERN DISTRICT OF CALIFORNIA
10
11    CORY STOKES,                                    No. C-12-05527-JSW (DMR)
12              Plaintiff(s),                         **ORDER TAKING DISCOVERY
                                                      LETTERS [DOCKET NOS. 47, 48, 49]**
13         v.                                         **UNDER SUBMISSION WITHOUT
                                                      ORAL ARGUMENT**
14    INTERLINE BRANDS INC,
15              Defendant(s).
16    _____/
17    TO ALL PARTIES AND COUNSEL OF RECORD:
18              Before the court are three discovery letter briefs jointly filed by Plaintiff and Defendant.
19    [Docket Nos. 47, 48, and 49.]  The court finds that these matters are appropriate for resolution
20    without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, the November 14, 2013
21    hearing on the discovery letters is hereby **VACATED**.  The court will issue a written order on the
22    motion.
23              IT IS SO ORDERED.
24    Dated:  November 12, 2013
25                                                    _____
26                                                    DONNA M. RYU
                                                      United States Magistrate Judge
27
28