UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY STOKES,<br><br>        Plaintiff(s),<br><br>  v.<br><br>INTERLINE BRANDS INC,<br><br>        Defendant(s).<br>_____/ | No. C-12-05527-JSW (DMR)<br><br>**ORDER TAKING DISCOVERY LETTERS [DOCKET NOS. 47, 48, 49] UNDER SUBMISSION WITHOUT ORAL ARGUMENT** |

TO ALL PARTIES AND COUNSEL OF RECORD:

    Before the court are three discovery letter briefs jointly filed by Plaintiff and Defendant. [Docket Nos. 47, 48, and 49.] The court finds that these matters are appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, the November 14, 2013 hearing on the discovery letters is hereby **VACATED**. The court will issue a written order on the motion.

    IT IS SO ORDERED.

Dated: November 12, 2013

_____
DONNA M. RYU
United States Magistrate Judge