UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CORY STOKES,  No. C-12-05527 DMR

    Plaintiff(s),

v.

INTERLINE BRANDS INC,

    Defendant(s).

_____/

**ORDER DENYING JOINT DISCOVERY LETTER [DOCKET NO. 58] WITHOUT PREJUDICE**

The court is in receipt of the parties' joint discovery letter dated November 15, 2013. [Docket No. 58.] Defendant avers that the parties have not met and conferred about the discovery disputes in the joint discovery letter since it served supplemental responses on October 29, 2013.

Accordingly, the joint discovery letter is denied without prejudice and the parties are ordered to meet and confer in person or by telephone regarding the disputes in the letter. If any disputes remain after the parties meet and confer, the parties shall file a joint discovery letter by December 11, 2013. A hearing on that letter, if any, will be held on December 18, 2013, at 2:30 p.m. Any position that is not substantially justified may result in the issuance of sanctions. *See* Fed. R. Civ. P. 37.

IT IS SO ORDERED.

Dated: November 19, 2013

DONNA M. RYU
United States Magistrate Judge