**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CORY STOKES, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> INTERLINE BRANDS, INC., CLEANSOURCE, INC., and DOES 1 through 50, inclusive <br><br> Defendants. | CASE NO. C 12 5527-JSW <br><br> **[PROPOSED] ORDER APPROVING STIPULATION TO CONTINUE HEARINGS ON PENDING MOTIONS AND SCHEDULING ORDER DATES** AS MODIFIED |

Having reviewed and considered the parties' above-described stipulation, and good cause appearing for the same, IT IS HEREBY ORDERED that:

1. The parties' stipulation shall be and hereby is APPROVED.

2. In order to maintain the status quo in this action and conserve the parties' and the Court's resources until the consolidated mediation of this action and the related state court action is completed on March 12, 2014, the Court hereby continues the hearings on the parties' pending

1  motions as described in the stipulation (Dkt. #50, Dkt. #59, Dkt #61) and the scheduling order
2  dates and deadlines as follows:

| | |
|---|---|
| Hearings on pending motions | June 6, 2014 |
| Close of fact discovery | August 18, 2014 |
| Expert disclosure deadline | September 2, 2014 |
| Close of expert discovery | September 17, 2014 |
| Dispositive motions hearing | October 17, 2014 |
| Pretrial conference | ~~December 22, 2014~~ January 26, 2015 |
| Jury selection | ~~January 7, 2015~~ February 11, 2015 |
| Jury trial | ~~January 13, 2015~~ February 17, 2015 |

11      3.    Also for the reasons set forth above, Plaintiff will not file a motion for class
12  certification in this action until after the completion of the March 12, 2014 mediation, Defendant
13  Interline Brands, Inc.'s ("IBI") opposition deadline will be 30 calendar days after the filing of the
14  motion with Plaintiff making himself and any supporting declarants within his control and
15  experts available for deposition by Defendant IBI not less than seven calendar days before such
16  opposition deadline, and that Plaintiff's reply deadline will be 14 calendar days after the filing of
17  the opposition with Defendant making any supporting declarants within its control and experts
18  available for deposition not less than five calendar days before the reply deadline.

19      IT IS SO ORDERED.

20  Dated: January 21, 2014

21      HON. JEFFREY S. WHITE
22      UNITED STATES DISTRICT JUDGE

- 2 -

[~~PROPOSED~~] ORDER APPROVING STIPULATION TO CONTINUE HEARINGS ON PENDING MOTIONS AND SCHEDULING ORDER DATES